Return Date: __4/21/2020__
9:30 Am

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:

Oliver Roach.

Case No. 1-20-40109-ess
Chapter 13

Debtor(s)

-----------------------------------------------------------x

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the annexed application of

__Oliver Roach_____, a hearing will be held before the Hon.

__Elizabeth S. Stong__, Bankruptcy Judge, to consider the motion for an Order

granting relief as follows: Reconsider/Vacate the Dismissal
pursuant to Federal Rule of Civil Procedure
59(e) & 60(b) or in the alternative
to reopen the case pursuant to
11 USC 350(b)

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK
2020 MAR 12  P 1:16
RECEIVED

Date and time of hearing: __4/21/20 - 9:30 Am.__
Location: U.S. Bankruptcy Court
271-C Cadman Plaza East
Brooklyn, New York 11201-1800
Courtroom # 3585, 3____ Floor

Dated: __3/12/20__

Signature

Print name: __Oliver Roach__
Address: __540 Macdonough St__
         __Bklyn NY 11233__
Phone: __917-674-6402__
Email: __Oliverr@optonline.net__

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

Oliver Roach

Case No. 1-20-40109-ess
Chapter 13

Debtor(s)
-----------------------------------------------------------x

## APPLICATION IN SUPPORT OF MOTION

TO THE HON. ~~Elizabeth~~ Elizabeth Stone , **Bankruptcy Judge**

I, Oliver Roach , _____ , make this application in support of my motion for the following relief:

Reconcide/Vacate the Dismissal

In support of this motion, I hereby allege as follows:

I filed for Bankruptcy to stop the sale of my Home. Hoping to get a modification of my mortage, so that I can stay in home with my wife and children Lived in for the last 14 years. Unfortunately we were illed advised by an individual who was not a lawyer. Since then we have obtained a lawyer and are ready to proceed.

Wherefore, Applicant prays for an Order granting the relief requested.

Dated: 3-12-2020

Signature